# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2020

161311 & (61)(62)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY ALAN STOLTZ,
      Defendant-Appellant.

SC: 161311
COA: 346713
Kent CC: 18-003731-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appellate bond is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2020



t0616

Clerk